DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN GARY MILLER,**
Appellant,

v.

**CLAUDINE INGRAM,**
Appellee.

No. 4D22-2599

[May 18, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 50-2022-SC-005895-XXXX-SB.

Steven G. Miller, Boca Raton, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***